IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARTHUR G. VAN ALSTINE;<br>JANICE R. VAN ALSTINE | 3:11-CV-00930-BR |
| Plaintiffs, | JUDGMENT<br>OF DISMISSAL |
| v. | |
| JP MORGAN CHASE BANK, N.A.;<br>NORTHWEST TRUSTEE SERVICES, INC.;<br>GMAC MORTGAGE INC., | |
| Defendants. | |

Based upon the filing of Plaintiffs' Motion for Voluntary Dismissal (#41) pursuant to F.R.C.P. 41(a)(1)(A)(i), this motion is **GRANTED** and this matter is hereby **DISMISSED** without prejudice and without costs or attorney fees to either party.

Dated this 4th day of October, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL